# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128294
128533

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

      SC: 128294
      COA: 246706
      Wayne CC: 02-004374

JOEZELL WILLIAMS II,
      Defendant-Appellee.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 128533
      COA: 246706
      Wayne CC: 02-004374

JOEZELL WILLIAMS II,
      Defendant-Appellant.
_____/

      On order of the Court, the applications for leave to appeal the January 27, 2005 judgment of the Court of Appeals are considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action permitted by MCR 7.302(G)(1). We further order the Wayne County Court to appoint Neil J. Leithauser to represent the defendant in this Court.

      The parties shall file supplemental briefs within 28 days of the date of this order, and are directed to include among the issues briefed: (1) whether *People v Bigelow*, 229 Mich App 218 (1998), was decided correctly, (2) whether, if the rule in *Bigelow* is followed, but the felony murder conviction is reversed or vacated on appeal or in habeas proceedings, there are important real-world consequences that flow from the prior vacating of the predicate felony underlying the subject felony murder conviction, and (3) in particular, whether a previously vacated predicate felony can be "revived" if the felony murder conviction is reversed or vacated on appeal or in habeas proceedings.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae on the issues stated above.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

_____
Clerk

s1010